Marjorie L. Hauf, Esq.
Nevada Bar No.: 8111
Matthew G. Pfau, Esq.
Nevada Bar No.: 11439
Bre'Ahn Brooks, Esq.
Nevada Bar No.: 15672
H&P LAW
710 S 9th Street
Las Vegas, NV 89101
702 598 4529 TEL
702 598 3626 FAX
mhauf@courtroomproven.com
mpfau@courtroomproven.com
bbrooks@courtroomproven.com
Attorneys for Plaintiff,
*Tammy Rogers*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| **Tammy Rogers**, an individual,<br><br>          Plaintiff,<br><br>     vs.<br><br>**Wal-Mart, Inc.**, a foreign corporation; DOE Employee; DOES I through X; and ROE CORPORATIONS I through X, inclusive<br><br>          Defendants. | Case No.: 2:25-cv-02426-JAD-DJA<br><br>**Stipulation and Order to Extend Discovery (First Request)** |

Pursuant to Fed R. Civ. P. 6, Fed. R. Civ. P. 26, LR IA 6-1, LR IA 6-2, LR 7-1, and LR 26-3, the parties, by and through their respective counsel of record, stipulate and agree that there is good cause to extend the discovery deadlines in the operative discovery plan [ECF No. 18], as set forth below.

**A. Pursuant to LR 26-3(a), the parties stipulate that the following discovery was completed:**

1. The parties have served initial disclosures pursuant to FRCP 26(a)(1) and supplements thereto;
2. Plaintiff has propounded written discovery on Defendant;
3. Defendant has answered written discovery requests;
4. Defendant has propounded written discovery on Plaintiff.

**B. Pursuant to LR 26-3(b), the parties stipulate that they need to complete the following discovery:**

1. Deposition of Plaintiff;
2. Deposition of Defendant's FRCP 30(b)(6) witnesses and/or employees;
3. Initial expert disclosures;
4. Rebuttal Expert Disclosures;
5. Deposition of percipient witnesses;
6. Depositions of Plaintiffs' medical providers;
7. Depositions of each party's respective experts;
8. Additional Written Discovery; and
9. Any other discovery that may become necessary upon completion of the discovery above.

**C. Pursuant to LR 26-3(c), the parties stipulate an extension is needed for the following reasons:**

The parties have been diligent in conducting discovery thus far. Specifically, the parties have served their initial disclosures and are actively coordinating depositions.

Plaintiff intends to take the deposition of Wal-Mart, Inc., FRCP 30(b)(6) witness(es) in advance of the parties' initial expert disclosure deadline. Defendant also intends to take the deposition of Plaintiff. Plaintiff is still receiving medical treatment, and

STIPULATION AND ORDER TO EXTEND DISCOVERY (FIRST REQUEST)

her medical records and billing are still being collected.

The parties are planning to take the depositions of Wal-Mart, Inc., FRCP 30(b)(6) witness(es) on May 5, 2026, and Plaintiff's deposition on May 20, 2026. Plaintiff requires the deposition of the Defendant's employees in advance of the parties' initial expert disclosure deadline. Due to the parties' respective schedules, availability, counsel's schedules additional time is needed to coordinate the remaining depositions.

Based on the outstanding discovery still needed, there is good cause to extend the discovery deadlines ninety (90) days.

**D. Pursuant to LR 26-3(d), the parties stipulate to the following proposed schedule for completing all remaining discovery:**

The parties agree to extend all the discovery deadlines in this case by ninety (90) days, as set forth below:

1. Extend the discovery cut-off deadline from 6/22/26 to 9/21/26;
2. Extend the deadline to amend the pleadings and add parties from 3/24/26 to 6/22/26;
3. Extend the deadline for initial expert disclosures from 4/23/26 to 7/22/26;
4. Extend the date to disclose rebuttal expert witnesses from 5/25/26 to 8/24/26;
5. Extend the date to file dispositive motions from 7/22/26 to 10/20/26; and
6. Extend the date to file the Joint Pre-Trial Order from 8/21/26 to 11/19/26.  If dispositive motions are filed, the joint pretrial order is due thirty (30) days from the entry of the court's ruling on the motions.

STIPULATION AND ORDER TO EXTEND DISCOVERY (FIRST REQUEST)

7.  Fed. R. Civ. P. 26(a)(3) Disclosures must be included in the Joint Pre-Trial Order.

DATED this 13th day of March, 2026

DATED this 13th day of March, 2026.

H&P LAW

TYSON & MENDES LLP

*/s/ Marjorie Hauf*

*/s/ Griffith H. Hayes*

_____

_____

Marjorie L. Hauf, Esq.
Nevada Bar No.: 8111
Matthew G. Pfau, Esq.
Nevada Bar No.: 11439
Bre'Ahn Brooks, Esq.
Nevada Bar No.: 15672
710 S. 9th Street
Las Vegas, NV 89101
*Attorneys for Plaintiff*

Griffith H. Hayes, Esq.
Nevada Bar No. 7374
2835 St. Rose Parkway, Ste. 140
Henderson, Nevada 89052
702 724 2648 TEL
702 410 7684 FAX
Attorneys for Defendant,
*Walmart, Inc*

**IT IS SO ORDERED.**

Dated: ___3/16/2026___

_____
UNITED STATES MAGISTRATE JUDGE

_____
STIPULATION AND ORDER TO EXTEND DISCOVERY (FIRST REQUEST)