**Tabetha A. Martinez, Esq. (NV14237)**
**Susan E. Gillespie, Esq. (NV15227)**
**BURGER, MEYER & D'ANGELO, LLP**
725 S. 8th Street, Suite 200
Las Vegas, NV 89101
**Mailing Address:**
999 Corporate Dr., Suite 225
Ladera Ranch, CA 92694
Telephone: (949) 427-1888
Facsimile: (949) 427-1889
Email: tmartinez@burgermeyer.com
        sgillespie@burgermeyer.com

Attorney for Defendant
WALMART, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TAMMY ROGERS, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>WAL-MART, INC., a foreign corporation; DOE EMPLOYEE; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>    Defendants. | Case No.:    2:25-cv-02426-JAD-DJA<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER FOR THE SUBSTITUTION OF COUNSEL** |

    Pursuant to LR IA 11-(c), Defendant WALMART, INC., hereby substitute the law firm of BURGER, MEYER & D'ANGELO, LLP, as their counsel of record in place and stead GRIFFITH H. HAYES, ESQ., of TYSON & MENDES, LLP. All future notices to the Plaintiff in this matter should be sent to:

    Tabetha A. Martinez, Esq. (NV 14237)
    Susan E. Gillespie, Esq. (NV 15227)
    BURGER, MEYER & D'ANGELO, LLP

-1-

725 S 8th Street, Suite 200
Las Vegas, NV 89101
MAILING ADDRESS:
999 Corporate Dr., Suite 225
Ladera Ranch, CA 92694
Telephone: (949) 427-1888
Facsimile: (949) 427-1889

**IT IS SO AGREED AND STIPULATED:**

Dated: July 8, 2026                          Dated: July 8, 2026
BURGER, MEYER & D'ANGELO, LLP      TYSON & MENDES, LLP

_____            */s/ Griffith H. Hayes*_____
Tabetha A. Martinez, Esq.                Griffith H. Hayes, Esq.
NV Bar No. 14237                          Nevada Bar No. 7374
Susan E. Gillespie                         Former Attorney for Defendant
NV Bar No. NV15227                        WALMART, INC.
Attorney for Defendant
WALMART, INC.


July 7, 2026

WALMART, INC.


*/s/Katia Bowman*
Katia Bowman


**IT IS SO ORDERED** this __9th__ day of ____July_____, 2026.

_____
UNITED STATES MAGISTRATE JUDGE

BURGER, MEYER & D' ANGELO, LLP

**CERTIFICATE OF SERVICE**

I hereby certify that on July 8, 2026, I personally served a true and correct copy of the foregoing master caption by the following means:

  X  CM/ECF

\_\_\_ U.S. Mail

\_\_\_ Electronic Mail

\_\_\_ Hand-Delivery

\_\_\_ Delivery Service (e.g., FedEx, UPS)

\_\_\_ Other means.

Marjorie L. Hauf, Esq.
Matthew G. Pfau, Esq.
Bre'Ahn Brooks, Esq.
H&P LAW
710 S 9th Street
Las Vegas, NV 89101
mhauf@courtroomproven.com
mpfau@courtroomproven.com
bbrooks@courtroomproven.com
Attorneys for Plaintiff,
Tammy Rogers

Employee of BURGER, MEYER & D'ANGELO, LLP

-1-

BURGER, MEYER & D' ANGELO, LLP